**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6326

KEVIN L. FARMER,

Plaintiff - Appellant,

versus

PATRICIA STANSBERRY, Warden,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.    Malcolm J. Howard, District Judge.  (CA-04-999)

Submitted:  August 17, 2005        Decided:  October 4, 2005

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin L. Farmer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin L. Farmer, a federal prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000) for failure to exhaust administrative remedies. We have reviewed the record and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Farmer v. Stansberry, No. CA-04-999 (E.D.N.C. Feb. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED